BOWMAN AND BROOKE LLP
Robert S. Robinson (S.B. No. 131461)
Jenny A. Covington (S.B. No. 233625)
879 W. 190th Street, Suite 700
Gardena, California 90248-4227
Telephone: (310) 768-3068
Facsimile: (310) 719-1019

JS-6

Counsel for Defendant and Counter-Claimant HERFF JONES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPS.COM, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HERFF JONES, INC., an Indiana corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | **Case No. CV09-05529 PA (FMOx)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 15 (Hon. Percy Anderson) |

This matter came before the Court on the parties' Stipulation of Dismissal with Prejudice. Being duly advised, the Court now ORDERS that this matter, including both the Complaint and the Counterclaim, be dismissed with prejudice, and that neither party shall recover any costs or attorney fees from the other.

Dated: November 19, 2009    _____

UNITED STATES DISTRICT JUDGE

L538411

- 1 -

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE